AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| School Loop, Inc., a California corporation <br> *Plaintiff(s)* <br> v. <br> Dewsly Education, LLC dba Loop, a Kansas limited liability company <br> *Defendant(s)* | Civil Action No. 5:17-cv-00024 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Dewsly Education, LLC dba Loop
2600 Grand Boulevard, Suite 380
Kansas City, MO 64108

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ethan G. Solove, Esq.
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California  95110

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   01/04/2017                                             _____
*Signature of Clerk or Deputy Clerk*